UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

        -versus-

ISAIAH WILLIAMS

-------------------------------------------------X

ORDER
CR 17-0334 (NGG)

The defendant ISAIAH WILLIAMS is sentenced to TIME SERVED and is RELEASED from custody of the U.S. Marshals for the Eastern District of New York on Wednesday, December 5, 2018.

Dated: Brooklyn, New York
      December 5, 2018

SO ORDERED:

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS, U.S.D.J.